# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 28, 2015

### NO. 03-14-00523-CV

**Georgeine Mike Korompay, Appellant**

**v.**

**Deutsche Bank National Trust Company as Trustee for Carrington Mortgage Loan Trust Series 2005-NC3 Asset Backed Pass Through Certificates, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgment signed by the trial court on July 23, 2014. Georgeine Mike Korompay has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.